UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

---

VIRTU KCG HOLDINGS LLC and VIRTU AMERICAS LLC,

        Plaintiffs,

v.

MIN LI,

        Defendant.

---

Civil Action No. _____

*Document electronically filed*

**CORPORATE DISCLOSURE STATEMENT OF PLAINTIFF <u>VIRTU AMERICAS LLC</u>**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Plaintiff Virtu Americas LLC submits the following corporate disclosure:

1. Virtu Financial Inc. is an indirect parent company of Virtu Americas LLC. Virtu Financial Inc. is a Delaware corporation the stock of which is publically traded.

2. Virtu Financial Inc. indirectly owns 10% or more of Virtu Americas LLC.

I certify under penalty of perjury that the foregoing is true and correct. Executed on this 13 day of October, 2017, in Newark, New Jersey.

Dated: October 13, 2017
       Newark, New Jersey

By: <u>s/ Kevin G. Walsh</u>
    Kevin G. Walsh, Esq.
    **GIBBONS P.C.**
    One Gateway Center
    Newark, New Jersey 07102
    Tel: (973) 596-4769
    Fax: (973) 639-6470
    kwalsh@gibbonslaw.com

William F. Dugan, Esq.
(*pro hac vice* application to be filed)
Miriam Geraghty Petrillo, Esq.
(*pro hac vice* application to be filed)
**BAKER & MCKENZIE LLP**
300 East Randolph Street, Suite 5000
Chicago, Illinois 60601
Tel: (312) 861-8000
Fax: (312) 861-2899
William.Dugan@bakermckenzie.com
Miriam.Petrillo@bakermckenzie.com

*Attorneys for Plaintiffs*
*Virtu KCG Holdings LLC and Virtu*
*Americas LLC*